CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brock Edward Eldridge**<br>DOB: 2001; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-02242MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 20, 2024, in the District of Arizona, **Brock Edward Eldridge**, knowing or in reckless disregard that certain aliens, including Hermitanio Carrillo-Rivas, and Jonathan Ronaldo Calderon-Alvarado had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and placed in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 20, 2024, in the District of Arizona (Sonoita), at approximately 7:45 p.m., a Santa Cruz Sheriff's Office (SCCSO) Deputy conducted a traffic stop on a 2004 Chevrolet Malibu for a suspended license plate on State Route 82 (SR) near the Sonoita Border Patrol Station. A Border Patrol Agent (BPA) observed the scene and assisted with the stop. SCCSO informed the BPA that the vehicle was involved in human smuggling. The driver, **Brock Edward Eldridge**, a United States citizen, informed the BPA that he was not the owner of the vehicle and did not know who it belonged to. There was one front seat passenger and two individuals in the trunk of the vehicle. The BPA conducted an immigration inspection on the three passengers, including Hermitanio Carrillo-Rivas and Jonathan Calderon-Alvarado, and determined they were all citizens of Mexico or Guatemala, illegally present in the United States. Carrillo and Calderon were found in the trunk of the car, sweating profusely. It was over 100 degrees in the Sonoita area that day.

Material witness Hermitanio Carrillo-Rivas stated that he is a citizen of Guatemala, and he paid $12,000.00 USD to be smuggled to Virginia. Carrillo stated that he entered into the United States illegally near Nogales, Arizona. Carrillo said that he walked six to seven hours before he was picked up in blue car and taken to a large store. Carrillo was then transferred into the trunk of a 2004 Chevrolet Malibu. He was in the trunk for an hour and a half prior to the stop. Carrillo stated he was scared in the trunk and very hot. He did not know how to get out of the trunk in an emergency. Carrillo positively identified **Eldridge** as the driver in a photo lineup.

Materiel witness Jonathan Ronaldo Calderon-Alvarado stated that he is a citizen of Guatemala, and he paid $50,000 Quetzales to be smuggled to Mississippi. Calderon was to pay a total of $725,000 Quetzales upon arrival in Mississippi.
**Continued on the next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Hermitanio Carrillo-Rivas and Jonathan Ronaldo Calderon-Alvarado

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*[signature]* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*[signature]* | DATE<br>June 21, 2024 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Siegele

**Continued from front page.**                                              24-02242MJ

Calderon stated that he entered the United States illegally near Nogales, Arizona and that he walked for three hours before he was picked up and taken to a different location. After arriving at this location, Calderon was instructed to get into the trunk of the 2004 Chevrolet Malibu. He was in the trunk for two hours prior to the stop. Calderon said he was scared in the trunk and very hot. He did not know how to get out of the trunk in an emergency. Calderon positively identified **Eldridge** as the driver in a photo lineup.